# UNITED STATES DISTRICT COURT
## District of Minnesota

Angel Gabriel Ortega Tiniganay,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Mary De Anda-Ybarra, Warden of El Paso Camp East Montana Detention Center,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-822 JMB/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner Angel O. from custody in Minnesota immediately, and in any event on or before 4:00 p.m. CT on February 3, 2026.

2. On or before 11:00 a.m. CT on February 4, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in accordance with this Order. Counsel shall also file a declaration on or before 11:00 a.m. CT on February 4, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where the Petitioner was released, attaches any and all relevant documentation concerning the Petitioner's release, and affirms that all property of Petitioner was returned to Petitioner upon release (or, if property is retained, state which property and the legal basis for retention).

3. Angel O. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

4. As to other forms of relief requested, the Petition is DENIED.

Date: 2/2/2026

KATE M. FOGARTY, CLERK